IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| NICOLE DIFLUMERI and LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RAYMOND JAMES FINANCIAL, INC.,<br><br>Defendant. | ) | CIVIL ACTION NO. 6:25-CV-01899-AGM-LHP |

**DEFENDANT'S UNOPPOSED MOTION FOR RECONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 60(a), Defendant Raymond James Financial, Inc. respectfully moves for reconsideration of the Court's denial of Raymond James's motion to dismiss without prejudice for failure to comply with the page limitation of Local Rule 3.01(a) (Dkt. 29), given that the Court had earlier granted a requested enlargement of the page limitation (Dkt. 27). Plaintiffs do not oppose the motion. The following memorandum of law further explains the grounds for the motion.

MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR RECONSIDERATION

On Thursday, November 14, 2025, Raymond James moved to enlarge the page limit for its motion to dismiss the complaint to 30 pages. (Dkt. 26.) The Court granted that motion on November 15, 2025. (Dkt. 27.) On Monday, November 17, 2025, Raymond James moved to dismiss Plaintiffs' claims on the basis that

Plaintiffs lack standing (and therefore the Court lacks subject matter jurisdiction) and, in the alternative, for failure to state any claim. (Dkt. 28.) The motion to dismiss and incorporated memorandum were 30 pages, excluding the caption, signature block, and certifications, as permitted by Local Rule 3.01(a). The Court subsequently denied Raymond James's motion to dismiss without prejudice, however, for failure to comply with the page limitation . (Dkt. 29.)

Federal Rule of Civil Procedure 60(a) provides, "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Grounds for reconsideration include "the need to correct clear error or prevent manifest injustice." *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla. 1994). Here, Raymond James believes that there may have been an oversight in the Court's denial of its motion to dismiss for failure to comply with the local rule's page-limit requirements. The Court granted Raymond James's motion to enlarge the page limit prior to Raymond James filing its motion to dismiss, so the page limit for Raymond James's motion to dismiss was 30 pages, not the standard 25 pages. Because of the Court's order, Raymond James's motion to dismiss (which totaled 30 pages) complied with the page limit requirements set forth by the Court.

## RELIEF REQUESTED

For the reasons set forth above, Raymond James respectfully requests the Court reconsider its denial of Raymond James's motion to dismiss (Dkt. 29) or

provide further guidance on how Raymond James might comply with the Court's requirements.

LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel, pursuant to Local Rule 3.01(g), certify that Defendant's counsel have met and conferred with Plaintiffs' counsel regarding the relief requested in this motion, and Plaintiffs' counsel does not oppose the relief requested herein.

Dated the 21st of November, 2025.

*s/ Michael Bahar*
Michael Bahar (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001-3980
202.383.0882
*michaelbahar@eversheds-sutherland.com*

*Attorneys for Defendant*
*Raymond James Financial, Inc.*

*s/ Thomas M. Byrne*
Thomas M. Byrne (*pro hac vice*)
Amelia Toy Rudolph (FL State Bar #57015)
Rebekah Whittington O'Brien (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404.853.8797
*amyrudolph@eversheds-sutherland.com*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S MOTION FOR RECONSIDERATION** was electronically served via e-mail upon counsel of record addressed as follows:

Jacob L. Phillips
Joshua R. Jacobson
JACOBSON PHILLIPS PLLC
2277 Lee Road, Suite B
Winter Park, FL 32789
jacob@jacobsonphillips.com
joshua@jacobsonphillips.com

Samuel R. Jackson
Joseph Henry Bates, III
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
sjackson@cbplaw.com
hbates@cbplaw.com

This 21st day of November, 2025.

*/s/ Rebekah Whittington O'Brien*
Rebekah Whittington O'Brien