**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICOLE DIFLUMERI and LISA REINGOLD,

Plaintiffs,

v. Case No.: 6:25-cv-1899-AGM-LHP

RAYMOND JAMES FINANCIAL, INC.,

Defendant.

---

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 22). The report indicates that the parties have not yet agreed on a mediator. The parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **January 30, 2026**. If the parties do not timely select a mediator, the mediator will be appointed by the Court.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2026.

**ANNE-LEIGH GAYLORD MOE**
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties